UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STRYKER CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE OF THE INSPECTOR GENERAL,**<br><br>Defendants. | 08-CV-4111 (WJM)<br><br><br>ORDER |

This matter having come before the Court on Defendants' motion to dismiss the amended complaint and Plaintiff's cross-motion for leave to file a second amended complaint; the Court having reviewed the filings by all parties and heard oral argument; and good cause appearing,

**IT IS** on the 17th of February 2009, hereby

**ORDERED** that Defendants' Motion to Dismiss the Amended Complaint is GRANTED in its entirety and that Plaintiff's Amended Complaint is Dismissed.

**IT IS FURTHER ORDERED** that Plaintiff's Cross-Motion for Leave to File a Second Amended Complaint is DENIED.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**